

**FILED**

MAY 0 6 2024

Clerk, U.S. District Court
Eastern District of Texas

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CASE NUMBER 4:24-MJ-00302** |
| | § | |
| **ISRAEL GARCIA-ZERMENO** | § | |

## ORDER

The Court held an initial appearance on the Complaint and considered the matter of Defendant's right to a preliminary hearing. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **ISRAEL GARCIA-ZERMENO**, should be held over to answer to the Grand Jury.

So ORDERED and SIGNED this May 6, 2024.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE